AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | | District: | Camden | |
|---|---|---|---|---|
| Name (under which you were convicted): Alen Garrett | | | | Docket or Case No.: 20-12-01031I |
| Place of Confinement : Somerset County Jail | | | Prisoner No.: 881340B | |
| Petitioner (include the name under which you were convicted) Allen Dupree Garrett (Alen Garrett) | v. | Respondent (authorized person having custody of petitioner) Governor Phillip D. Murphyetal | | |
| The Attorney General of the State of: | | RECEIVED | | |

**PETITION**

RECEIVED

DEC - 5 2022

AT 8:30_____ M

1.    (a) Name and location of court that entered the judgment of conviction you are challenging:

Executive Order 103 - Public Health Credits
(F). 244 days , Federal District Court-Camden

(b) Criminal docket or case number (if you know):    22 cv 05664 NLH -MJS/20-12 01031I

2.    (a) Date of the judgment of conviction (if you know):    5·13·2022

(b) Date of sentencing:    5·13·2022

3.    Length of sentence:    four (4) year Flat Term

4.    In this case, were you convicted on more than one count or of more than one crime?    ☒ Yes    ☐ No

5.    Identify all crimes of which you were convicted and sentenced in this case:

Aggravated Assault - 3ʳᵈ Degree
Stalking - 3ʳᵈ Degree

6.    (a) What was your plea? (Check one)

☒ (1)   Not guilty       ☐ (3)   Nolo contendere (no contest)
☐ (2)   Guilty           ☐ (4)   Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury      ☑ Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8.  Did you appeal from the judgment of conviction?

☐ Yes    ☑ No

9.  If you did appeal, answer the following:

(a) Name of court:

(b) Docket or case number (if you know):

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

AO 241 (Rev. 09/17)

(4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?     ☐ Yes     ☑ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?     ☐ Yes     ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)     (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☑ No

(7) Result:

AO 241 (Rev. 09/17)

(8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes      ☑ No

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☑ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:      ☐ Yes     ☑ No

(2) Second petition:   ☐ Yes     ☑ No

(3) Third petition:     ☐ Yes     ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.     For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**     See  22 cv 05664 NLH - MJS

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Exhibit 1  22 cv 05664

(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

   (2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☑ Yes    ☐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition:    _Public Health Credits_

   Name and location of the court where the motion or petition was filed:    Superior Court

   _Camden_    Judge Yolanda C. Rodriguez

   Docket or case number (if you know):    20-12-D1031 I

   Date of the court's decision:    UNKNOWN

   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

   (4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):

   (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: New Jersey State Parole Board, New Jersey Department of Corrections, N.J. Governor's Office. Bayside State Prison Administrators

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See 22 cv 05664

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Relief Covid 19 virus

Name and location of the court where the motion or petition was filed: Superior Court Camden Judge Yolanda C Rodriquez

Docket or case number (if you know): 20-12-D1031 I

AO 241 (Rev. 09/17)

Date of the court's decision: _____ UNKNOWN _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?    ❏ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ❏ Yes    ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❏ Yes    ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : 22 CV-05664, 20 CV 05235, 21-2810 3d Cir COA

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

_____

_____

_____

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ❒ Yes    ❒ No

(2) If you did not raise this issue in your direct appeal, explain why:

_____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ❒ Yes    ❒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(3) Did you receive a hearing on your motion or petition?    ❒ Yes    ❒ No

(4) Did you appeal from the denial of your motion or petition?    ❒ Yes    ❒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❒ Yes    ❒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
        have used to exhaust your state remedies on Ground Three:

_____

_____

**GROUND FOUR:**

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why:

_____

_____

(c)     **Direct Appeal of Ground Four:**

        (1) If you appealed from the judgment of conviction, did you raise this issue?        ❏   Yes        ❏   No

        (2) If you did not raise this issue in your direct appeal, explain why:

_____

_____

(d)     **Post-Conviction Proceedings:**

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

                ❏   Yes        ❏   No

        (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?              ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

   (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court
          having jurisdiction?    ☑ Yes    ☐ No

          If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

          presenting them:

   (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

          ground or grounds have not been presented, and state your reasons for not presenting them:

          See  22 cv 05664

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

       that you challenge in this petition?    ☐ Yes    ☑ No

       If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

       raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

       of any court opinion or order, if available.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

       the judgment you are challenging?    ☑ Yes    ☐ No

       If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

       raised.    # 22 cv 05664 ,  # 22 cv 06611

AO 241 (Rev. 09/17)

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the

      judgment you are challenging:

      (a) At preliminary hearing:

      (b) At arraignment and plea:

      (c) At trial:

      (d) At sentencing:

      (e) On appeal:

      (f) In any post-conviction proceeding:

      (g) On appeal from any ruling against you in a post-conviction proceeding:

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are

      challenging?          ☐  Yes    ☑  No

      (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

      (b) Give the date the other sentence was imposed:

      (c) Give the length of the other sentence:

      (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

      future?              ☐  Yes    ☐  No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

      why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 09/17)

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)      A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

           (A)      the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

           (B)      the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

           (C)      the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

           (D)      the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:    *Immediate Release under Public Health Credits , $100,000 one hundred Thousand dollars (monetary) demand* or any other relief to which petitioner may be entitled.

*(pro se mr. allen Dupree Garrett)*

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on    11 / 28 / 2022    (month, date, year).

Executed (signed) on    11 / 28 / 2022    (date).

*mr. allen Dupree Garrett*

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

## Service of Process:
1:22-cv-05664-NLH-MJS GARRETT v. MURPHY et al

### U.S. District Court

### District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 9/22/2022 at 1:42 PM EDT and filed on 9/12/2022
**Case Name:**    GARRETT v. MURPHY et al
**Case Number:**  1:22-cv-05664-NLH-MJS
**Filer:**
**Document Number:** 1

**Docket Text:**
**Complaint Received. (Attachments: # (1) Exhibit, # (2) Application IFP, # (3) Second Exhibit) (jab,N.M.)**

**1:22-cv-05664-NLH-MJS Notice has been electronically mailed to:**

**1:22-cv-05664-NLH-MJS Notice has been sent by regular U.S. Mail:**

ALLEN DUPREE GARRETT
000881340B
BAYSIDE STATE PRISON
P.O. BOX F-1
LEESBURG, NJ 08327

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=9/22/2022] [FileNumber=16464903-
0] [6af69207f90c4e414a56d171782482995f8cf551e697bbbc3333d95653d48ee359
e353a5c0d222ba4ee709276e66dfe9ac19a9bd505b3cf6672fcb8c46249161]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=9/22/2022] [FileNumber=16464903-
1] [a0f5b355ae230ade83f77c309d5e523674c3ebeb1d080271a56c1a732a21f67ffa
b07b0b5c1b8a7717e410c57f9366760450å9c06fa99cf3ec0a0b13b36959b5]]
**Document description:** Application IFP
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=9/22/2022] [FileNumber=16464903-
2] [080707d4cd0c978941fb4972b04fb2f540d7cc1b5d0886c0d1c8ec5759764728e2
0b84fa72893817bfe65522726c4e5f224d17d53545cc1e998d614c077cd2b5]]
**Document description:** Second Exhibit